IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GUY ALLBROOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:16-cv-01989-TMP |
| | ) | |
| LVNV FUNDING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The plaintiff has filed a Motion to Dismiss With Prejudice, which the court construes to be filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 9). The motion is GRANTED, and the above-styled case is DISMISSED WITH PREJUDICE. Accordingly, the telephone conference set for February 8, 2017, is CANCELLED.

**DONE** and **ORDERED** on February 8, 2017.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE